UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CINDY T. ESSELL, | ) | CASE NO.  5:21-cv-754 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| MITCHELL D. BLUHM & ASSOCIATES, LLC, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |

The Court having been advised by counsel for plaintiff that the case has settled, this case hereby is dismissed. Any and all releases, agreements or judgment entries necessary to comply with the settlement shall be executed by the interested parties.

A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before August 2, 2021.

This case hereby is closed.

**IT IS SO ORDERED**.

Dated: June 17, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**